DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LATISHA TILLMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-936

[December 2, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 13-11500CF10A.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

Latisha Tillman appeals her withhold of adjudication and placement on probation after she was found guilty of resisting officers with violence. Her assistant public defender filed a motion to withdraw and supporting brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). We affirm, but we remand with the direction that the trial court correct the order of probation to reflect that she was found guilty by jury verdict rather than by guilty plea.

*Affirmed; Remanded with Instructions.*

TAYLOR, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***